IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **25-12659-C**

Ari Teman,

Appellant,

- versus-

United States of America,

Appellee.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

**UNITED STATES' NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

                                    Hayden P. O'Byrne
                                    United States Attorney
                                    Attorney for Appellee
                                    99 N.E. 4th Street
                                    Miami, Florida 33132
                                    (305) 961-9404

Daniel Matzkin
Chief, Appellate Division

Of Counsel

# Ari Teman v. United States, Case No. 25-12659-C
## United States' Notice Concerning Certificate of Interested Persons and Corporate Disclosure Statement

Pursuant to 11th Cir. R. 26.1-2(c), the United States hereby advises that the Certificate of Interested Persons and Corporate Disclosure Statement required by Rule 26.1-2(a) has not been filed and the following is a complete list of all persons and entities that the Appellee believes to have an interest in the outcome of the case, as required by 11th Cir. R. 26.1-1:

Davis, Michael S.

Engelmayer, Hon. Paul A.

Joffe, David J.

Matzkin, Daniel

O'Byrne, Hayden P.

Ruiz, II., Hon. Rodolfo A.

Teman, Ari

Wong, Jimmy

**Ari Teman v. United States, Case No. 25-12659-C
United States' Notice Concerning Certificate of Interested Persons
and Corporate Disclosure Statement (Continued)**

Counsel certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

*/s/**Daniel Matzkin*
Daniel Matzkin
Chief, Appellate Division
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9404
Daniel.Matzkin@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2025, the foregoing Certificate of Interested Persons was filed using CM/ECF and that on the same day the Certificate of Interested Persons was served via U.S. Mail on Ari Teman, *pro se,* 1521 Alton Road #888, Miami Beach, FL 33139.

                                                                  */s/Daniel Matzkin*
                                                                  Daniel Matzkin
                                                                  Chief, Appellate Division

*iw*