# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith　　　　　　　　　　　　　　　　　　　　　　　　　　For rules and forms visit
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　www.ca11.uscourts.gov

September 19, 2025

Ari Teman
1521 ALTON RD #888
MIAMI BEACH, FL 33139

Appeal Number: 25-12659-CC
Case Style: Ari Teman v. USA, et al
District Court Docket No: 1:25-cv-22543-RAR

## BRIEF DEFICIENCY NOTICE

The brief you filed in the referenced appeal is deficient for the reason(s) set forth below.

The brief does not contain a Certificate of Interested Persons and Corporate Disclosure Statement in compliance with court rules. You may use the enclosed form to fulfill this requirement.

Your brief has been conditionally filed, subject to receipt of the item(s) noted above within **FOURTEEN (14) DAYS** from this date. The time for filing of the opposing party's brief runs from the date of service of the conditionally filed brief and is unaffected by the later filing of the corrected items. See 11th Cir. R. 32-3.

If appellant fails to timely file the required item(s), the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3.

If appellee fails to timely file the required item(s), appellee will not be heard at oral argument unless otherwise ordered by the court. See FRAP 31(c), 11th Cir. R. 42-3(f).

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-8A Pro Se brief deficiency ltr