UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 07, 2025

Ari Teman
1521 ALTON RD #888
MIAMI BEACH, FL 33139

Appeal Number: 25-12659-CC
Case Style: Ari Teman v. USA, et al
District Court Docket No: 1:25-cv-22543-RAR

## NO ACTION / DEFICIENCY NOTICE

Notice of receipt: Appendix as to Appellant Ari Teman. NO ACTION WILL BE TAKEN because appellant's appendix was timely filed on 09/15/2025.

**Clerk's Office Phone Numbers**

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken