## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Case No.: NO. 25-12659-C

**Ari Teman,**
 Appellant,

-v.-

**United States of America,**
 Appellee.

---

## NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Local Rule 26.1 of the United States Court of Appeals for the Second Circuit, Appellant **Ari Teman** hereby submits the following list of all persons, judges, attorneys, officers, and entities known to have an interest in the outcome of this case:

### Individuals

1. **Teman, Ari** – Appellant.

2. **Paul A. Engelmayer** – Judge, U.S. District Court, Southern District of New York.

3. **Laura Taylor Swain** – Chief Judge, U.S. District Court, Southern District of New York.

4. **Rodolfo A. Ruiz, II** – Judge, U.S. District Court, Southern District of Florida.

5. **Jimmy Wong** – United States Probation Officer.

6. **Michael S. Davis** – Counsel/related party.

7. **David J. Joffe** – Counsel/related party.

8. **Daniel Matzkin** – Chief, Appellate Division, U.S. Attorney's Office (11th Cir.).

9. **Hayden P. O'Byrne** – Assistant U.S. Attorney, Southern District of Florida.

10. **Harmeet K. Dhillon** – Deputy Assistant Attorney General, Civil Rights Division, U.S. Department of Justice.

11. **Edward Martin Jr.** – United States Pardon Attorney.

12. **Noam Biale** – related party

13. **Catherine O'Hagan Wolfe** – Clerk of Court, U.S. Court of Appeals for the Second Circuit.

## Entities

14. **Friend or Fraud Inc.** – Parent company.

15. **GateGuard Inc.** – Subsidiary of Friend or Fraud Inc.

16. **Bank of America** (publicly traded).

17. **Berkshire Hathaway** (publicly traded).

18. **Amazon.com, Inc.** (publicly traded).

---

## Corporate Disclosure

Counsel further certifies that, to the best of his knowledge, the publicly traded companies with a potential interest in the outcome of this appeal include **Bank of America, Berkshire Hathaway,** and **Amazon.com, Inc.**

---

**Respectfully submitted,**

Dated: 2025-08-29
 Miami Beach, Florida

**s/Ari Teman/**
 Appellant, Pro Se
 1521 Alton Road #888
 Miami Beach, FL 33139

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

**Case No.: NO. 25-12659-C**

**Ari Teman,**
 Appellant,

-v.-

**United States of America,**
 Appellee.

## Certificate of Service

I hereby certify that on 2025-08-29, I caused the foregoing **Notice of Interested Parties and Corporate Disclosure Statement** to be served by U.S. Mail and via filing via the Clerk's office to ECF on the following:

**U.S. Attorney's Office – Southern District of Florida**
 Attn: Hayden P. O'Byrne, Assistant U.S. Attorney
 99 N.E. 4th Street
 Miami, FL 33132

Dated: 2025-08-29
 Miami Beach, Florida

**s/Ari Teman/**
 Appellant, Pro Se
 1521 Alton Road #888
 Miami Beach, FL 33139

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

**Case No.: NO. 25-12659-C**

**Ari Teman,**
 Appellant,

-v.-

**United States of America,**
 Appellee.

---

## NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Local Rule 26.1 of the United States Court of Appeals for the Second Circuit, Appellant **Ari Teman** hereby submits the following list of all persons, judges, attorneys, officers, and entities known to have an interest in the outcome of this case:

### Individuals

1. **Teman, Ari** – Appellant.

2. **Paul A. Engelmayer** – Judge, U.S. District Court, Southern District of New York.

3. **Laura Taylor Swain** – Chief Judge, U.S. District Court, Southern District of New York.

4. **Rodolfo A. Ruiz, II** – Judge, U.S. District Court, Southern District of Florida.

5. **Jimmy Wong** – United States Probation Officer.

6. **Michael S. Davis** – Counsel/related party.

7. **David J. Joffe** – Counsel/related party.

8. **Daniel Matzkin** – Chief, Appellate Division, U.S. Attorney's Office (11th Cir.).

9. **Hayden P. O'Byrne** – Assistant U.S. Attorney, Southern District of Florida.

10. **Harmeet K. Dhillon** – Deputy Assistant Attorney General, Civil Rights Division, U.S. Department of Justice.

11. **Edward Martin Jr.** – United States Pardon Attorney.

12. **Noam Biale** – related party

13. **Catherine O'Hagan Wolfe** – Clerk of Court, U.S. Court of Appeals for the Second Circuit.

14. **Alan Dershowitz** - Pro Bono Counsel

15. **Ron Coleman** - Pro Bono Counsel

16. **Lawrence Lessig** - Pro Bono Counsel

17. **Rabbi David Lau** - Chief Rabbi of Israel

18. **Rabbi Reuben Koolyk, Esq.,** MD, Yeshiva University

19. **Rabbi Andrew Schein**, Yeshiva University

20. **Rabbi Sidney Slivko,** Yeshiva University

21. **Rabbi Jeffrey Shron,** Kehilath Israel, Kansas City (ret)

22. **Rabbi Zvi Karpel,** Chaplain (ret) Daughters of Israel, West Orange, NJ.

23. **Rabbi Chezky Wolff,** The Chelsea Shul

24. **Rabbi Shmuel Druin LCSW,** Chaplain, North Miami Police Dept.

25. **Rabbi Eitan Webb,** Princeton University

26. **Rabbi Yonah Blum**, Columbia University

27. **Rabbi Chayim B. Alevsky,** Chabad Family Programs, NYC

28. **Rabbi Ephraim Simon,** Friends of Lubavitch of Bergen County

29. **Rabbi Levi Teldon,** Alamo Chabad

30. **Rabbi Mendy Krinsky,** Chabad Jewish Center Needham

31. **Rabbi Moshe Z. Schapiro,** Chabad of Hoboken

32. **Rabbi Aryeh Weil,** Congregation Bnai Yeshurun, Teaneck (ret)

33. **Rabbi Yakov Florans,** YEHUDI

34. **Rabbi Zev Katz,** Miami Beach Chabad

35. **Rabbi Yakov Bankhalter,** Chabad Loft

36. **Rabbi Moishe Korf,** Chabad of Miami Gardens

37. **Rabbi Eliezer Tewel,** Chabad Israeli Center

38. **Rabbi Moshe Klar,** JETS, Beis Menachem

39. **Rabbi Yossi Smierc,** KSPACE

40. **David Teman,** father

41. **Suzan Teman,** mother

42. **Tzahala Teman,** extremely codependent toy australian shepherd

## Entities

14. **Friend or Fraud Inc.** – Parent company.

15. **GateGuard Inc.** – Subsidiary of Friend or Fraud Inc.

16. **Bank of America** (publicly traded).

17. **Berkshire Hathaway** (publicly traded).

18. **Amazon.com, Inc.** (publicly traded).

---

## Corporate Disclosure

Counsel further certifies that, to the best of his knowledge, the publicly traded companies with a potential interest in the outcome of this appeal include **Bank of America**, **Berkshire Hathaway**, and **Amazon.com, Inc.**

---

**Respectfully submitted,**

Dated: 2025-09-10
Miami Beach, Florida

**s/Ari Teman/**
Appellant, Pro Se
1521 Alton Road #888
Miami Beach, FL 33139

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

**Case No.: NO. 25-12659-C**

**Ari Teman,**
 Appellant,

-v.-

**United States of America,**
 Appellee.

**Certificate of Service**

I hereby certify that on 2025-08-29, I caused the foregoing **Notice of Interested Parties and Corporate Disclosure Statement** to be served by U.S. Mail and via filing via the Clerk's office to ECF and via email on the following:

**U.S. Attorney's Office – Southern District of Florida**
 Attn: Hayden P. O'Byrne, Assistant U.S. Attorney
 99 N.E. 4th Street
 Miami, FL 33132

Dated: 2025-09-10
Miami Beach, Florida

**s/Ari Teman/**
 Appellant, Pro Se
 1521 Alton Road #888
 Miami Beach, FL 33139



ARTEMAN & LYLI
0017817183375
12674 NW 10TH TER
MIAMI FL 33182-2040

**SHIP TO:**
CLERK, US COURT OF APPEALS
7865554312
US COURT OF APPEALS
56 FORSYTH ST NW
**ATLANTA GA 30303-2218**

0.1 LBS LTR     1 OF 1

U.S. COURT OF APPEALS
U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 30 2025
ATLANTA, GA
ATLANTA, GA

# GA 303 9-02

## UPS 2ND DAY AIR

**2**

TRACKING #: 1Z J86 F66 02 0800 5055

BILLING: 3RD PARTY

XOL 25.08.06     NV45 39.0A 09/2025*