# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| ARI TEMAN, )<br>    Petitioner-Appellant, )<br>v. )<br>UNITED STATES OF AMERICA, )<br>    Respondent-Appellee. ) | Case No. 25-12659-CC<br><br>U.S. COURT OF APPEALS<br>RECEIVED CLERK<br>NOV 19 2025<br>ATLANTA, GA |

**LETTER PURSUANT TO FED. R. APP. P. 28(j)**

Dear Clerk,

Pursuant to Fed. R. App. P. 28(j), Appellant submits the following supplemental fact and authority pertinent to Issues C (Judicial Bias), G (Boat Order), and H (Religious Burden) in the Opening Brief (D.E. 6 in this appeal):

1. **New Medical Evidence**:

    On November 3, 2025, Petitioner's board-certified ENT surgeon prescribed **invasive surgical repair of Eustachian Tube Dysfunction (ETD) under general anesthesia** to be completed at Sheba Hospital, due to structural failure unresponsive to conservative treatment (attached as Exhibit A).

    This irreversible procedure confirms Petitioner's no-fly orders are medically necessary—not "pretextual" as Judge Engelmayer labeled them without evidence (APP P.5). The Government's own retained expert explicitly refused to contradict Petitioner's treating physicians (APP P.40–41).

2. **Legal Significance**:

    A judicial finding that a documented, surgery-requiring disability is "pretextual" lacks any evidentiary basis and violates due process when used to justify impossible conditions (ordering boat travel from Israel during active Houthi attacks that caused all cruises to be cancelled -- Engelmayer was informed that despite many attempts, no travel agent, cruise operator, or even cargo operator could locate a method of travel by sea for Mr. Teman from Israel to the USA) that also burden religious practice (both the order to leave Israel, and the order to take a months-long journey at sea when arrival would be not much different than waiting for surgery and recovery were a boat even available). See Church of Lukumi Babalu Aye v. City of Hialeah, 508 U.S. 520, 533 (1993) (government may not impose burdens on religious exercise via unsupported factual findings).

**These issues bear solely on the enforcement of the sentence and thus belong as a 2241 in SDFL, not any 2255 or other motion in SDNY.**

Respectfully submitted this 17th day of November, 2025,

/s/ Ari Teman
    Ari Teman, Pro Se
    Mail: 1521 Alton Road #888, Miami Beach, FL 33139 | ari@teman.com | 212-203-3714
Attachment: Exhibit A - ENT Surgery Letter

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2025, I electronically filed the foregoing

1. LETTER PURSUANT TO FED. R. APP. P. 28(j)
2. APPELLANT'S MOTION TO SUPPLEMENT APPENDIX]

with the Clerk of the United States Court of Appeals for the Eleventh Circuit using mail and email, as well as the Clerk then filing the mailed filing via the CM/ECF system, which will send notification of such filing to all registered counsel.

I further certify that I have served the foregoing document and attachment(s) via electronic mail (and, where available, via the CM/ECF system) upon the following:

1. United States Attorney for the Southern District of Florida
   (via email, ECF as described above, and courtesy copy to: usasfl.ecf@usdoj.gov)

2. U.S. Probation Officer Jimmy Wong
   Southern District of Florida
   jimmy_wong@flsp.uscourts.gov
   (or other known email if different)

5. Any other counsel of record via Clerk as described above

/s/ Ari Teman
Ari Teman, Pro Se
1521 Alton Road #888
Miami Beach, FL 33139
ari@teman.com | 212-203-3714
November 17, 2025

```
GATEGUARD                          0.1 LBS LTR        1 OF 1
7817183375
GATEGUARD
1521 ALTON RD
MIAMI BEACH  FL 33139-3301

SHIP TO:
    CLERK, US COURT OF APPEALS
    7865554312
    US COURT OF APPEALS
    56 FORSYTH ST NW
ATLANTA  GA  30303-2218
```

 **GA 303 9-02**

# UPS 2ND DAY AIR A.M.    2A
TRACKING #: 1Z J86 F66 07 2472 6424



BILLING: 3RD PARTY

XOL 25.10.20    NV45 47.0A 11/2025*

Scan QR code to schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express correspondence, urgent documents, and 8 oz. or less. UPS Express envelopes containing or weighing more than 8 oz. will be billed

**International Shipments**
- The UPS Express envelope may be used value. Certain countries consider electronic ups.com/importexport to verify if you
- To qualify for the letter rate, the UPS UPS express envelopes weighing more

**Note:** UPS Express envelopes are not electronic media containing sensitive Do not send cash or cash equivalent

171604 8/18 BP

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms... by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

```
GATEGUARD
7817183375
GATEGUARD
1521 ALTON RD
MIAMI BEACH  FL 33139-3301              0.1 LBS LTR

                                         1 OF 1

SHIP TO:
  CLERK, US COURT OF APPEALS
  7865554312
  US COURT OF APPEALS
  56 FORSYTH ST NW
ATLANTA  GA  30303-2218
```

GA 303 9-02

UPS 2ND DAY AIR A.M.
TRACKING #: 1Z J86 F66 07 2472 6424    2A

BILLING: 3RD PARTY

XOL 25.10.20    NV45 47.0A 11/2025*

US COURT OF APPEALS
56 FORSYTH ST NW
ATLANTA GA 30303

P: REDBL2   S: 2MB
PHIL - 1013    I: 222
6424            X  1030
1Z J86F66072472
STYLE4279S  DES72
US 3039  HIPPS 25.9.1 Z0638R
NOV 19 04:15:56 2025

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®
UPS Ground

