**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

U.S. COURT OF APPEALS
RECEIVED
NOV 19 2025
ATLANTA, GA

ARI TEMAN,                          )
    Petitioner-Appellant,      )
v.                                  )         Case No. 25-12659-CC
UNITED STATES OF AMERICA,           )
    Respondent-Appellee.       )

### APPELLANT'S MOTION TO SUPPLEMENT APPENDIX WITH
### NEWLY DISCOVERED MEDICAL EVIDENCE REBUTTING "PRETEXTUAL" FINDING

Petitioner Ari Teman, pro se, moves under Fed. R. App. P. 10(e), 11th Cir. R. 10-1, and the Court's inherent authority to supplement the Appendix with critical new evidence that directly rebuts Judge Engelmayer's unsupported finding that Petitioner's no-fly medical condition is "pretextual" (APP P.5).

1. On Nov 3, 2025, Petitioner's ENT surgeon prescribed **invasive Eustachian tube reconstruction surgery under general anesthesia** (Ex. A). This procedure—requiring hospitalization and weeks of recovery—confirms the structural, non-pretextual nature of Petitioner's Eustachian Tube Dysfunction (ETD).

2. Judge Engelmayer's "pretextual" label was made **without evidence** and **contrary to the record**: the Government's own expert testified he could **not dispute** the no-fly recommendations of Petitioner's treating physicians (APP P.40–41). Engelmayer then ordered boat travel from Israel—impossible and life-threatening—citing this baseless finding.

3. This new evidence is **material** to:
   - **Issue G (Boat Order)**: Surgery renders air travel medically impossible.
   - **Issue C (Bias)**: Labeling surgery-requiring condition "pretextual" shows retaliatory animus.
   - **Issue H (Religious Burden)**: Recovery prevents attendance at religious services.

4. Supplementation will not delay briefing; Government has 7 days to respond under 11th Cir. R. 27-1.

**These issues bear solely on the enforcement of the sentence and thus belong as a 2241 in SDFL, not any 2255 or other motion inSDNY.**

WHEREFORE, Petitioner requests the Court:
A. Grant leave to file **Exhibit A** as **Appendix Item C.1c**;
B. Direct the Clerk to update the Table of Contents;
C. Consider this evidence in adjudicating the appeal.

Respectfully submitted this 17th day of November, 2025,
    /s/ Ari Teman
    Ari Teman, Pro Se
    1521 Alton Road #888  Miami Beach, FL 33139  | ari@teman.com | 212-203-3714

Attachment: Exhibit A – ENT Surgeon Prescription for Invasive ETD Surgery

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2025, I electronically filed the foregoing

1. LETTER PURSUANT TO FED. R. APP. P. 28(j)
2. APPELLANT'S MOTION TO SUPPLEMENT APPENDIX]

with the Clerk of the United States Court of Appeals for the Eleventh Circuit using mail and email, as well as the Clerk then filing the mailed filing via the CM/ECF system, which will send notification of such filing to all registered counsel.

I further certify that I have served the foregoing document and attachment(s) via electronic mail (and, where available, via the CM/ECF system) upon the following:

1. United States Attorney for the Southern District of Florida
   (via email, ECF as described above, and courtesy copy to: usasfl.ecf@usdoj.gov)

2. U.S. Probation Officer Jimmy Wong
   Southern District of Florida
   jimmy_wong@flsp.uscourts.gov
   (or other known email if different)

5. Any other counsel of record via Clerk as described above

/s/ Ari Teman
Ari Teman, Pro Se
1521 Alton Road #888
Miami Beach, FL 33139
ari@teman.com | 212-203-3714
November 17, 2025

ד"ר עמית וולפוביץ'
מומחה ומנתח א.א.ג כירורגית ראש וצוואר
מומחה באוטולוגיה/נוירואוטולוגיה
(ניתוחי אוזניים, שיקום שמיעה, סחרחורת, טיניטון
וגידולי בסיס הגולגולת הצידי)

3.11.25

**שם: ארי תימן**
**תאריך לידה: 10.5.1982**
**Email: ari@teman.com**
**כתובת: ת"א**
**הצהיר/ה שלא נפגשנו במסגרת מערכת הבריאות הציבורית בחצי השנה האחרונה**
**סיבת הפניה:**
לפני כחודשיים עבר טיפול בתא לחץ בשל סימפטומי GI. ככל הנראה סבל מצינון. ללא שיעול
במהלך ה"צלילה". למחרת החל לחוש לחץ באוזן ימין. ללא שיפור בבליעה. ללא שינוי
בשמיעה. ללא טינטון או סחרחורת. נמשך עד עכשיו. טורדני. בחשיפה לרעש בעיקר בתדר
נמוך - אי-נוחות ואף כאב, ללא סחרחורת.
ללא קושי בהשוואת לחצים וטיסות וכדומה!
דלקות אוזניים בילדות

24.4.25 - השלים בדיקת שמיעה - טימפנומטריה + ETF: שמיעה תקינה למעט ירידה ת"ע
סימטרית ב-UHF עד ל-50 ד"ב , 96/92% WRS 10/10 SRT טימפנו A/A בבדיקת ETF -
תת-תפקוד חצוצרה דו"צ.
פחות חמור משהיה כאשר פנה.

3.11.25 - עדיין כאב באוזן ימין. די קבוע. ללא שינוי בשמיעה. מתקשה בחדרים סגורים
כממ"ד.
**בדיקה גופנית:**
פנים - סימטריות
אוטוסקופיה - תקינה משני הצדדים. תנועת תופית תקינה בולסלבה וטויינבי משני הצדדים.
ובר לשמאל, רינה + משני הצדדים אך נשמע יותר משמאל
ללא ניד ספונטני, HIT - תקין דו"צ, HST - תקין, SKEW - תקין, VOR תקין דו"צ, תחת פרנזל -
תקין
24.4.25 - אוטוסקופיה - תקינה משני הצדדים עם תנועת תופית בולסלבה.

3.11.25 - אוטוסקופיה - תקינה משני הצדדים. תנועת תצפית בולסלבה וטויינבי. FOL -
חללא ף ימין - תקין, נזופרינקס ופתחי והחצוצרה תקינים, שאר הפרינקס ולרינקס תקינים.
רגישות מסויימת ב-TMJ.
**רקע רפואי:**
ללא
**רקע ניתוחי:**
ניתוח לשחזור האף, אוטופלסטי
**אלרגיה לתרופות:**
פניצילין
**הרגלים:**
ללא
**סיכום והמלצות:**

תמונה חלקית של תת-תפקוד חצוצרה מימין עם קושי בהשוואה לחוצים אך בדיקה תקין
סה"כ
בנוסף, ובהר לשמאל ואי-סבירות לרעש בתוך נמוך
ממליץ:
1. המנעות מטיסה ל-3 חודשים. avoid airplanes for the coming three (3) months
2. בבדיקת שמיעה בהקדם + טימפנומטריה + ETF: ישלח לי את התוצאות ל
058-6268313
24.4.25

The Eustachian Tube (ET) Function test point at ET Dysfunction Bilaterally
Hence Ari Should avoid barometric changes (for example: commercial flights,
climbing to high places, HBO chamber, etc.)
I would prescribe Steronase nasal spray for 3 months and would schedule visit
for inspection before approving traveling abroad. In case of increasing pain –
come in sooner.

3.11.25

עדיין סובל מתת-תפקוד חצוצרה בעיקר מימין. הוסברו אפשרויות הטיפול: כפתור אוו צנתור
החצוצרה. הוסברו המשמעויות, סיכונים וסיכויים של כל אפשרות. ממליץ על צנתור החצוצרה
תחילה (טובופלסטיקה). בנוסף ממליץ על דיאטה רכה + קומפרסים חמים למפרקי הלסת
לשני הצדדים למשך שבועיים.

ד"ר עמית זולפוביץ
מ.ר. 108124
מ.מ. 33387

---

**TRANSLATION OF NOV 3rd NOTES:**

The patient continues to suffer from Eustachian tube dysfunction, mainly on the right side.
Possible treatment options were explained: balloon dilation (tuboplasty) or insertion of a
ventilation tube ("ear button"). The implications, risks, and success rates of each option were
discussed. It is recommended to first attempt catheterization (balloon dilation) of the
Eustachian tube. In addition, a soft diet and warm compresses to both jaw joints are
recommended for two weeks."



GATEGUARD
7817183375
GATEGUARD
1521 ALTON RD
MIAMI BEACH FL 33139-3301

0.1 LBS LTR          1 OF 1

**SHIP TO:**
CLERK, US COURT OF APPEALS
7865554312
US COURT OF APPEALS
56 FORSYTH ST NW
**ATLANTA GA 30303-2218**

# GA 303 9-02

## UPS 2ND DAY AIR A.M.
TRACKING #: 1Z J86 F66 07 2472 6424

**2A**

BILLING: 3RD PARTY

XOL 25.10.20          NV45 47.0A 11/2025*

USCA11 Case: 25-12659   Document: 17   Date Filed: 11/25/2025   Page: 6 of 6

**Domestic Shipments**
- To qualify for the letter rate, UPS Express correspondence, urgent documents, and 8 oz. or less, UPS Express envelopes cont or weighing more than 8 oz. will be bille

**International Shipments**
- The UPS Express envelope may be use value. Certain countries consider elect ups.com/importexport to verify if you
- To qualify for the letter rate, the UPS UPS express envelopes weighing mc

**Note:** UPS Express envelopes are no
electronic media containing sensitiv
Do not send cash or cash equivalent

171604 8/18 BP

details on our private offices.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

---

US COURT OF APPEALS
56 FORSYTH ST NW
ATLANTA GA 30303

P. REDBL2   S. 2MB
PHIL - 1013
6424
17 J86F66072472

1:222
X
1030

GATEGUARD
781718337S
GATEGUARD
1521 ALTON RD
MIAMI BEACH  FL 33139-3301

0.1 LBS LTR        1 OF 1

SHIP TO:
CLERK, US COURT OF APPEALS
7865554312
US COURT OF APPEALS
56 FORSYTH ST NW
ATLANTA GA 30303-2218

GA 303 9-02

**UPS 2ND DAY AIR A.M.**
TRACKING #: 1Z J86 F66 07 2472 6424        2A

BILLING: 3RD PARTY

XOL 25.10.20        NV4S 47.0A 11/2025*

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**
**UPS Worldwide Expedited®**

UPS Ground

ut from the sale of
e at www.ups.com
inited Parcel Service