

U.S. Department of Justice
United States Attorney
Southern District of Florida
*99 N.E. 4 Street*
*Miami, FL 33132*
*(305) 961-9295 - Telephone*

November 18, 2025

David J. Smith, Clerk of Court
United States Court of Appeals
  for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

      Re:  Ari Teman v. United States
           Appeal No. 25-12659
           District Court No. 25-CV-22543 (Southern District of Florida)

Dear Mr. Smith:

     This letter is to notify the Court that we do not intend to file a response brief for the United States or for any other entity or person named as a defendant or respondent. No federal entity is a proper party to this appeal because, without any federal entity entering an appearance, the district court transferred Teman's § 2241 motion to the Southern District of New York, where he has been ordered to serve a term of supervised release. The Southern District of New York accepted the transfer and entered an order staying Teman's motion under the fugitive disentitlement doctrine. *See Teman v. United States*, No. 25-CV-5424 (S.D.N.Y. July 8, 2025).

     If you have any questions regarding this letter, please contact me.

                              Very truly yours,

                              Jason A. Reding Quiñones
                              United States Attorney

                By:  */s/ Emily M. Smachetti*
                              Emily M. Smachetti
                              Acting Chief

cc:    Ari Teman, *pro se*
       1521 Alton Road #888
       Miami Beach, FL 33139

**U.S. Department of Justice**

**United States Attorney**
*Southern District of Florida*

99 N.E. 4th St.
Miami, Florida 33132

Official Business
Penalty for Private Use $300

MIAMI FL 330
21 NOV 2025 PM 2 L
FIRST CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES
ZIP 33132 $ 001.32
02 7W
0000058304 NOV 19 2025

United States Court of Appeals
for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

11th Circuit Court of Appeals (COA)
U.S. MARSHALS SERVICE
NOV 24 2025
CLEARED SECURITY

30303-221856